(Counsel listed on signature page)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO GARRETT, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:20-cv-03491-SI |
| | ) |
| v. | ) **STIPULATION TO DISMISS CASE** |
| | ) **WITH PREJUDICE** |
| TP-LINK RESEARCH AMERICA | ) |
| CORPORATION, a California company. | ) Hon. Susan Illston |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Plaintiff Antonio Garrett ("Plaintiff" or "Garrett") and Defendant TP-Link Research America Corporation ("Defendant" or "TPRA") hereby stipulate that this case has been settled. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and their settlement agreement, the Parties stipulate and agree that the above-captioned case be and hereby is dismissed with prejudice, with each Party bearing its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: March 24, 2021

CLAYTON, MCKAY & BAILEY, PC

By: ___/s/ Benjamin D. Bailey_____

   Benjamin D. Bailey (*PHV*)
   ben@cmblaw.com
   Armon B. Shahdadi (*PHV*)
   armon@cmblaw.com
   800 Battery Ave., SE, Suite 100
   Atlanta, GA 30339
   Tel:  678-667-1388
   Fax:  404.704.0670

   Marc E. Hankin
   marc@hankinpatentlaw.com
   2341 Pacifica Ct.
   San Leandro, CA 94579
   Tel:  310.979.3600
   Fax:  310.979.3603

**Attorneys for Plaintiff Mr. Antonio Garrett**

Jointly and respectfully submitted,

LTL ATTORNEYS LLP

By: ___/s/ Michael J. Song_____

   Heather F. Auyang
   heather@auyang@ltlattorneys.com
   601 Gateway Boulevard, Suite 1010
   South San Francisco, CA 94080
   Tel:  650.422.2130
   Fax: 650.241.2142

   Michael J. Song
   Michael.song@ltlattorneys.com
   300 South Grand Avenue, 14th Floor
   Los Angeles, CA 90071
   Tel: 213.612.8900
   Fax: 213.612.3773

**Attorneys for Defendant TP-Link Research America Corp.**

## SIGNATURE ATTESTATION

    Pursuant to Local Rule 5.1(i)(3), I attest that concurrence in the filing of this document has been obtained from Plaintiff's counsel.

By: ___/s/ Benjamin D. Bailey_____

Benjamin D. Bailey

**Dated: March 24, 2021**

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Susan Illston]

Stipulation to Dismiss Case      -2-      Case No. 3:20-cv-03491-SI